THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Archie Hoover, Appellant.
 
 
 
 
 

Appeal From Pickens County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2010-UP-263
 Submitted April 1, 2010  Filed April 29,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Senior Assistant Attorney General S. Creighton Waters, all
 of Columbia; and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Archie Hoover appeals his conviction for
 murder.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:    
1. As to whether the
 trial court erred in denying his motion for a directed verdict: State v. Cherry,
 361 S.C. 588, 593, 606 S.E.2d 475, 478 (2004) (explaining a defendant is
 entitled to a directed verdict when the State fails to produce evidence of the
 offense charged); State v. Harris, 351 S.C. 643, 653, 572 S.E.2d 267,
 273 (2002) (stating if there is any direct or substantial circumstantial
 evidence reasonably tending to prove the guilt of the accused, an appellate
 court must find the case was properly submitted to the jury); State v. Hale,
 284 S.C. 348, 356, 326 S.E.2d 418, 423 (Ct. App. 1985) ("It is the
 function of the jury, not an appellate court, to judge the credibility of
 witnesses and the weight to be given their testimony.").  
2. As to whether Hoover is entitled
 to the reversal of his conviction because the State elicited improper testimony
 from a witness:  State v. Peay, 321 S.C. 405, 413, 468 S.E.2d 669, 674
 (Ct. App. 1996) (finding a contemporaneous objection and ruling at trial is
 required to properly preserve an error for appellate review).
AFFIRMED.
SHORT,
 WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.